1
2
3
4
5
6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LEEANN KAY LEWIS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.   1:23-cv-00015-EPG<br><br>ORDER REGARDING STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT<br><br>(ECF No. 17) |
|---|---|

On July 12, 2023, the parties submitted a stipulation, signed by both sides, stating as follows:

> IT IS STIPULATED by and between Plaintiff, Leeann Kay Lewis ("Plaintiff"), and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Acting Commissioner of Social Security for further administrative proceedings.
>
> Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to further evaluate the evidence of record, consider all of the relevant medical and non-medical evidence in the record, take any further action necessary to develop the record, and issue a new decision.
>
> This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

(ECF No. 17).

Based on the parties' stipulation (ECF No. 17), IT IS ORDERED that this action is

1

1 remanded to the Commissioner of Social Security for further proceedings consistent with the
2 terms of the stipulation. The Clerk of the Court is respectfully directed to enter a judgment in
3 favor of Plaintiff and against Defendant.

IT IS SO ORDERED.

Dated:  **July 13, 2023**            /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

2